FILED

05/19/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0273

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 22-0273

STATE OF MONTANA,

Plaintiff and Appellee,

v.

ROBERT KINGSLEY TAYLOR,

Defendant and Appellant.

**ORDER**

Upon consideration of Appellant's motion to voluntarily dismiss his appeal, and good cause appearing therefor,

IT IS HEREBY ORDERED that Appellant's appeal in the above matter is hereby DISMISSED with prejudice.

Electronically signed by:
Beth Baker
Justice, Montana Supreme Court
May 19 2023